B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas - Austin

In re **Seda France, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aegis Texas Venture Fund II, LP**<br>1100 Richmond, Suite 550<br>Houston, TX 77042 | **Aegis Texas Venture Fund II, LP**<br>1100Richmond, Suite 550<br>Houston, TX 77042 | **Loan for $2.5 Million** | **Disputed** | **1,823,872.00**<br><br>**(Unknown secured)** |
| **Stewart, Duff**<br>6801 Valburn Drive<br>Austin, TX 78731-1805 | **Stewart, Duff**<br>6801 Valburn Drive<br>Austin, TX 78731-1805 | | | 64,800.00 |
| **UPS**<br>LockBox 577<br>Carol Stream, IL 60132-0577 | **UPS**<br>LockBox 577<br>Carol Stream, IL 60132-0577 | | | 63,628.10 |
| **Francese & Associates, Inc.**<br>8500 Bluffstone Cover, Suite B101<br>Austin, TX 78759 | **Francese & Associates, Inc.**<br>8500 Bluffstone Cover, Suite B101<br>Austin, TX 78759 | | | 60,000.00 |
| **Filed under seal of motion** | | | | 52,594.70 |
| **Springdale Business Center, Ltd.**<br>9442 Capital of TX Hwy North Plaza II, Suite 140<br>Austin, TX 78759 | **Springdale Business Center, Ltd.**<br>9442 Capital of TX Hwy North Plaza II, Suite 140<br>Austin, TX 78759 | | | 51,989.34 |
| **American Carton**<br>607 So. Wisteria Street<br>Mansfield, TX 76063 | **American Carton**<br>607 So. Wisteria Street<br>Mansfield, TX 76063 | | | 32,760.32 |
| **Filed under seal of motion** | | | | 32,272.25 |
| **The Baruch Company**<br>85 South Bragg Street, Suite 503<br>Alexandria, VA 22312 | **The Baruch Company**<br>85 South Bragg Street, Suite 503<br>Alexandria, VA 22312 | | | 26,798.26 |
| **Eagle Wax**<br>301 E. 8th Street<br>Eldon, MO 65026 | **Eagle Wax**<br>301 E. 8th Street<br>Eldon, MO 65026 | | | 25,233.49 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Seda France, Inc.** / Debtor(s)  Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fairway Glass Company<br>20325 Center Ridge Rd<br>Suite 395<br>Cleveland, OH 44116 | Fairway Glass Company<br>20325 Center Ridge Rd<br>Suite 395<br>Cleveland, OH 44116 | | | 24,798.35 |
| **Filed under seal of motion** | | | | 21,318.83 |
| Travis County Tax Assessor-Collector<br>P.O. Box 149326<br>Austin, TX 78714 | Travis County Tax Assessor-Collector<br>P.O. Box 149326<br>Austin, TX 78714 | Property Taxes | | 19,124.00 |
| THARCO<br>P. O. Box 201952<br>Dallas, TX 75320-1952 | THARCO<br>P. O. Box 201952<br>Dallas, TX 75320-1952 | | | 16,889.05 |
| Goetz, Inc.<br>2100 Stemmons Freeway #2111<br>Dallas, TX 75207 | Goetz, Inc.<br>2100 Stemmons Freeway #2111<br>Dallas, TX 75207 | | | 15,129.66 |
| Mary Harper Group<br>7 West 34th Street, Suite 831<br>New York, NY 10001 | Mary Harper Group<br>7 West 34th Street, Suite 831<br>New York, NY 10001 | | | 14,749.68 |
| TX Capital Bank - Visa<br>PO Box 224318<br>Dallas, TX 75222-4318 | TX Capital Bank - Visa<br>PO Box 224318<br>Dallas, TX 75222-4318 | xxxx1899<br>$4,203.63<br>xxxx1907<br>$8,965.00 | | 13,168.63 |
| Stephen Young<br>1933 S Broadway, Suite 830<br>Los Angeles, CA 90007 | Stephen Young<br>1933 S Broadway, Suite 830<br>Los Angeles, CA 90007 | | | 12,912.82 |
| United 1 Intern. Laboratories<br>4641 Nall Road,<br>Farmers Branch, TX 75244 | United 1 Intern. Laboratories<br>4641 Nall Road,<br>Farmers Branch, TX 75244 | | | 11,240.80 |
| AAA CANDLE<br>PO Box 551105<br>Dallas, TX 75355 | AAA CANDLE<br>PO Box 551105<br>Dallas, TX 75355 | | | 10,748.35 |

B4 (Official Form 4) (12/07) - Cont.
In re **Seda France, Inc.** Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 18, 2010**    Signature _____
**Robert Hernandez**
**Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.